UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CONCEPCION BERMEJO SANANGO, on her own behalf and on behalf of others similarly situated,

                Plaintiff,

-against-

RUBY NAILS TARRYTOWN, INC. d/b/a RUBY NAIL, et al.,

                Defendants.

**ORDER**

20-CV-08245 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held the telephonic Case Management Conference scheduled for November 4, 2021. Only counsel for Plaintiff appeared. As stated on the record, although this action is stayed with respect to Defendant Mi Young Kal, it shall proceed with respect to Defendants Ruby Nails Tarrytown, Inc. d/b/a Ruby Nail ("Ruby Nails") and Edwin Keh ("Keh").

    With respect to Ruby Nails, that entity has failed to comply with this Court's June 23, 2021 Order which noted that, if Ruby Nails failed to retain a new attorney, Plaintiff could "seek a default judgment against the corporation in accordance with this Court's Individual Practices for failure to appear through counsel." (Doc. 27). As for Keh, that individual did not appear at today's conference.

    In light of the foregoing, the Court shall hold a telephonic status conference at 10:00 a.m. on November 23, 2021. Should Keh fail to appear at that conference as well, the Court will hold him in default. In the interim, Plaintiff may seek a Certificate of Default from the Clerk of the Court with respect to Ruby Nails. At the time of the scheduled conference, all parties shall call: (888) 398-2342; access code: 3456831.

Plaintiff is directed to serve a copy of this Order on Defendants and file proof of service on the docket by 5:00 p.m. on November 5, 2021.

**SO ORDERED:**

Dated: White Plains, New York
November 4, 2021

_____
PHILIP M. HALPERN
United States District Judge