UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CONCEPCION BERMEJO SANANGO, on her own behalf and on behalf of others similarly situated,

                Plaintiff,

                -against-

RUBY NAILS TARRYTOWN, INC. d/b/a RUBY NAIL, et al.,

                Defendants.

**ORDER**

20-CV-08245 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held the telephonic Status Conference scheduled for November 23, 2021. Only counsel for Plaintiff appeared.

    In its November 4, 2021 Order, the Court: (1) advised that Plaintiff could seek a Certificate of Default from the Clerk of Court with respect to Ruby Nails Tarrytown, Inc. d/b/a Ruby Nail ("Ruby Nails"); and (2) warned that if Edwin Keh ("Keh") did not appear for the November 23, 2021 conference, the Court would deem him in default. (Doc. 51). As Keh did not appear at today's conference, Plaintiff is directed to seek a Certificate of Default from the Clerk of the Court as to Keh before the close of business today.

    Should Plaintiff seek a default judgment against Ruby Nails and Keh, she shall seek an Order to Show Cause in conformity with this Court's Individual Practices before December 31, 2021.Plaintiff is directed to serve a copy of this Order on Defendants and file proof of service on the docket by 5:00 p.m. on November 24, 2021.

                                            SO ORDERED:

Dated:  White Plains, New York
           November 23, 2021

                                            PHILIP M. HALPERN
                                            United States District Judge