ATTOR[NEY]
Tel: (718) 762-1324
41-25 Kissena [Blvd]

> Application granted in part.
>
> This case shall not be re-opened at this time. The deadline for Plaintiff's response to the Court's December 2, 2022 Order to Show Cause is extended to January 18, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 11, 2023

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

  **Re:** **Motion to Reconsider Dismissal and Reopen, and for Extension of Time to Show Cause**
    *Bermejo Sanago v. Ruby Nails Tarrytown, Inc.*, No. 20-cv-08245 (PMH), (S.D.N.Y.)

Your Honor,

  I represent the Plaintiff in the above-referenced matter and am the attorney assigned to this matter. I write respectfully to request that the Court reconsider its dismissal of the above-referenced matter and grant a short extension of time, to January 18, 2023 (*i.e.*, 14 days from the original deadline), to respond to the Court's Order to Show Cause.

  The Court's Order came down on December 2, 2022. However, on November 28, 2022, at about 3:10 PM, following the order of Judge Torres that I be tested having exhibited visible symptoms during trial of the matter *Yuan v. Hair Lounge Inc.*, No. 18-cv-11905 (AT) (BCM), (S.D.N.Y.), I was diagnosed with COVID-19. *See* Ex. 1 (text message reporting result of antigen test). Per the CDC's operative guidelines to isolate for five days, I began isolating on November 28, 2022. December 2, 2022 was the fifth day since my diagnosis, and I was still feeling poorly—because of this, I missed the Court's Order to Show Cause served December 2, 2022. *See* Dkt. No. 99.

  Law office failure stemming from neglect to monitor electronic filings, that is not willful or the result of bad faith, is excusable. *See, e.g.*, *Farmer v. Cty. of Westchester*, No. 18-cv-02691 (NSR), at *4 (S.D.N.Y. May 31, 2020); *Evans v. New York City Health*, No. 21-cv-10378 (PAE) (VF), 2022 U.S. Dist. LEXIS 213973, at *7 (S.D.N.Y. Nov. 28, 2022) (collecting cases); *see also Medley v. United States*, 2022 U.S. Dist. LEXIS 59367 (M.D. Ga. Mar. 31, 2022) (excusing missed deadline specifically due to lawyer contracting COVID-19).

  I thank the Court for its attention to and consideration of this matter.

            Respectfully submitted,
            TROY LAW, PLLC

            /s/ *Aaron B. Schweitzer*
            Aaron B. Schweitzer
            *Attorney for Plaintiff*