UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA CONCEPCION BERMEJO SANANGO,
*on their own behalf and on behalf of others similarly situated*,

      Plaintiffs,

-against-

RUBY NAIL TARRYTOWN, INC. (d/b/a Ruby Nail) and MI YOUNG KAL,

      Defendants.

**ORDER**

20-CV-08245 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

  Plaintiff shall, by March 24, 2023, either (i) file a proposed Order to Show Cause as to Defendant Mi Young Kal why a default judgment should not be entered in compliance with the Court's Individual Practices or (ii) file a voluntary dismissal as to Defendant Mi Young Kal pursuant to Federal Rule of Civil Procedure 41.

              SO ORDERED.

Dated: White Plains, New York
    March 20, 2023

              _____
              PHILIP M. HALPERN
              United States District Judge