**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARIA CONCEPCION BERMEJO
SANANGO, on her own behalf and on behalf of
others similarly situated,

                      Plaintiffs,
  -against-                                                      20 **CIVIL** 8245 (PMH)

                                                                       **DEFAULT JUDGMENT**

RUBY NAILS TARRYTOWN, INC. (d/b/a Ruby
Nail) and MI YOUNG KAL,

                      Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Plaintiff has judgment against Ruby Nails Tarrytown, Inc. by default. Judgment is entered against Ruby Nails Tarrytown, Inc. in favor of Plaintiff Maria Concepcion Bermejo Sanango, in the principal amount of $140,531.28 (consisting of $65,265.64 in unpaid wages, $65,265.64 in liquidated damages, and $10,000.00 in statutory damages), plus attorneys' fees in the amount of $21,130.00 and costs in the amount of $800.82, for a total award of $162,462.10, together with pre-judgment interest at a rate of 9% per annum accruing on the amount of $65,265.64 from October 4, 2014 until the date final judgment is entered, in the amount of $49,871.89, and post-judgment interest thereafter at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

      March 30, 2023

                                                  **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                        **BY:**     *K. Mango*

                                                       _____
                                                        **Deputy Clerk**